Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–16816–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea E. Rapach
   dba Chipmunk Cottage at Simon's Point,
   LLC
   282 Rocky Run Road
   Glen Gardner, NJ 08826

Social Security No.:
   xxx–xx–0084

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/13/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 13, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-16816-MBK
Andrea E. Rapach                                                                Chapter 13
        Debtor

**CERTIFICATE OF NOTICE**

District/off: 0312-3            User: admin            Page 1 of 3            Date Rcvd: Sep 13, 2019
                               Form ID: 148            Total Noticed: 102


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db            +Andrea E. Rapach,   282 Rocky Run Road,   Glen Gardner, NJ 08826-3269
aty           +Natalee Picillo & Picillo, PC,   21 East High Street,   Somerville, NJ 08876-2320
518161939      A-1 Collection Service,   2297 Highway 33,   Suite 906,   Trenton, NJ 08690-1717
518161946     +AR Resources, Inc.,   PO Box 1056,   Blue Bell, PA 19422-0287
518161945     +AR Resources, Inc.,   Attn: Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
518161940     +Affiliates in OB/GYN PA,   111 State Route 31,   Suite 121,   Flemington, NJ 08822-4953
518161942     +Allan Industries, Inc.,   270 Route 46 East,   Rockaway, NJ 07866-3850
518161944     +Anesthesia Consultants of NJ,   285 Davidson Ave,   Suite 204,   Somerset, NJ 08873-4153
518161949      Atlantic Health System,   Morristown Medical Center,   PO Box 35610,   Newark, NJ 07193-5610
518161950     +Bank Of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
518221758     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
518161953     +Bioreference Laboratories, Inc.,   481 Edward H. Ross Drive,   Elmwood Park, NJ 07407-3128
518161955     +Blackwell Recovery,   OWLS Owner's Association,   PO Box 150,   Scottsdale, AZ 85252-0106
518161954     +Blackwell Recovery,   4150 N Drinkwater Blvd S,   Scottsdale, AZ 85251-3611
518161959     +Cares Surgicenter, LLC,   240 Easton Avenue,   New Brunswick, NJ 08901-1723
518214234     +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
518161964     +Client Services, Inc.,   3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
518161967      Court Clerk,   Law Division--Special Civil Part,   Hunterdon County Justice Center,
               Flemington, NJ 08822
518161968     +Diabetes and Endocrine Ass. of Hunterdon,   3 Minneakoning Road,   Flemington, NJ 08822-5726
518161971     +Financial Recoveries,   Attn: Bankruptcy,   200 East Park Dr  Ste 100,
               Mount Lurel, NJ 08054-1297
518161972      Financial Recoveries,   ONFIR110,   PO Box 1022,   Wixom, MI 48393-1022
518161973     +Frazer, Evangelista & Company, LLC,   245 Livingston Avenue,   New Brunswick, NJ 08901-3057
518161974     +Friedman, LLP,   Accountants and Advisors,   100 Eagle Rock Avenue,
               East Hanover, NJ 07936-3149
518161977      Hunterdon Breast Surgery Center,   121 NJ-31 Suite 1200,   Flemington, NJ 08822
518161979      Hunterdon Family Denta, P.A.,   276 US Highway 202/31M.,   Suite 109,
               Flemington, NJ 08822-3705
518161980      Hunterdon Healthcare,   10604 Justin Drive,   Des Moines, IA 50322-3755
518161981     +Hunterdon Hematology Oncology,   2100 Wescott Drive,   Flemington, NJ 08822-4603
518161982     +Hunterdon Medical Center,   2100 Wescott Drive,   Flemington, NJ 08822-4604
518161983     +Hunterdon Orthopedic Institute PA,   8100 Wescott Drive,   Suite 101,
               Flemington, NJ 08822-4671
518161985     +Kenneth Rapach,   11 Meadow Road,   East Brunswick, NJ 08816-4332
518161992     +Lebanon Township Tax Collector,   530 West HIll Road,   Glen Gardner, NJ 08826-3259
518299093     +Martin & Tune,   1 Old Highway 28,   PO Box 201,   Whitehouse, NJ 08888-0201
518161993      Morris Imaging Associates, P.A.,   PO Box 6750,   Portsmouth, NH 03802-6750
518161994      Morristown Medical Center,   PO Box 35610,   Newark, NJ 07193-5610
518308736     +Morristown Medical Center,   CCCB,   POB 1750,   Whitehouse Sta, NJ 08889-1750
518161995     +Mr. Daniel B. Tune, Esq.,   Martin & Tune,   One Old Highway 28,   PO Box 201,
               Whitehouse Station, NJ 08889-0201
518161996     +Mr. Daniel Tune, Esq.,   Martin & Tune,   1 Old Highway 28,   Whitehouse Station, NJ 08889-3608
518161997     +Mr. David J. Montag, Esq.,   Milber Makris Plousadis & Seiden, LLP,   411 Hackensack Avenue,
               Suite 200,   Hackensack, NJ 07601-6331
518161998     +Mr. Glenn S. Garbus, Esq.,   Forster, Garbus & Garbus,   7 Banta Place,
               Hackensack, NJ 07601-5604
518161999     +Mr. Howard Tzorfas, DMP,   1386 US Highway 22,   Lebanon, NJ 08833-2205
518162000     +Mr. Jeffrey L. Flamme,DMD, LLC,   1734 Route 31 North,   Suite 3,   Clinton, NJ 08809-2005
518162001     +Mr. Michael Harrison, Esq.,   3155 Route 10 East,   Suite 214,   Denville, NJ 07834-3430
518162002     +Ms. Carrie Brown, Esq.,   Portfolio Recovery Associates, LLC,   120 Corporate Blvd.,
               Norfolk, VA 23502-4952
518162003      Ms. Natalie Picillo, Esq.,   21 East High Street,   Somerville, NJ 08876-2320
518162004     +Ms. Susan M. Pincofski, DMD, PC,   Specialist in Orthodontics,   59 Reading Road,
               Flemington, NJ 08822-2090
518162005     +Murray Chiropractic, LLC,   10 Anderson Road,   Clinton, NJ 08809-1047
518308874     +Nadine Maleski, LLC,   Gorski & Knowlton PC,   311 Whitehorse Avenue; Suite A,
               Hamilton, NJ 08610-1430
518162006     +Nadine Maleski, LLC,   169 Main Street,   Flemington, NJ 08822-1607
518162007      Nationwide Credit, Inc.,   PO Box 14581,   Des Moines, IA 50306-3581
518162010      North Hunterdon Dental Associates,   1630 Route 31,   Clinton, NJ 08809-2004
518162011     +Northland Group,   P.O. Box 390905,   Minneapolis, MN 55439-0905
518162012     +OWLS Owners' Association,   PO Box 150,   Scottsdale, AZ 85252-0106
518162016     +PNC Bank,   PO Box 1820,   Dayton, OH 45401-1820
518297875     +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982
518162014     +Petro Home Services,   15 Richboynton Avenue,   Dover, NJ 07801-2649
518162019     +Princeton Brain and Spine Care-Langhorne,   1203 Langhorne-Newton Road,   Sutie 138,
               Langhorne, PA 19047-1209
518162020      Rheumatology Cener of Princeton,   123 Franklin Corner Road,   Suite 106,
               Lawrence Township, NJ 08648-2526
518162021      Robert Wood Johnson Medical Group,   Rutgers-RWJ Medical Group,   PO Box 15278,
               Newark, NJ 07192-5278
518162022     +Rutgers RWJMG Pediatrics,   One Worlds Fair Way,   Somerset, NJ 08873-1344

District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Sep 13, 2019
                             Form ID: 148              Total Noticed: 102


518162025      +Sentinel Self Storage,   158 Cregar Road,   High Bridge, NJ 08829-1003
518162027       Smugglers' Notch Management Company, LTD,   OWLS Owners' Association,   PO Box 29352,
                Phoenix, AZ 85038-9352
518162029       Summit Medical Group,   Attn: Business Office Admin,   150 Floral Avenue,
                New Providence, NJ 07974-1557
518162030      +Superior Court of New Jersey,   Chancery Division,   Hunterdon County,   65 Park Avenue,
                Flemington, NJ 08822-1179
518162031      +Traf Group Inc/A-1 Collections,   Attn: Bankruptcy,   2297 St Hwy 33 Ste 906,
                Hamilton Square, NJ 08690-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2019 00:37:11     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2019 00:37:07     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518161948       EDI: ATTWIREBK.COM Sep 14 2019 04:08:00     AT&T,   PO Box 5014,   Carol Stream, IL 60197-5014
518294616      +EDI: AIS.COM Sep 14 2019 04:08:00     AT&T CORP,   by American InfoSource as agent,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518272429      +EDI: CINGMIDLAND.COM Sep 14 2019 04:08:00     AT&T Mobility II LLC,   %AT&T SERVICES INC.,
                KAREN A. CAVAGNARO  PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
518161941      +EDI: AFNIRECOVERY.COM Sep 14 2019 04:08:00     Afni, Inc.,   Attn: Bankruptcy,   Po Box 3427,
                Bloomington, IL 61702-3427
518161943      +E-mail/Text: bky@americanprofit.net Sep 14 2019 00:37:39     American Profit Recovery,
                Attn: Bankruptcy,   34505 W 12 Mile Road #333,   Farmington Hills, MI 48331-3288
518161951      +EDI: TSYS2.COM Sep 14 2019 04:08:00     Barclays Bank Delaware,   125 South West Street,
                Wilmington, DE 19801-5014
518161952      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 14 2019 00:38:22
                Berks Credit and Collection,   PO Box 329,   Temple, PA 19560-0329
518161956      +E-mail/Text: bankruptcy@usecapital.com Sep 14 2019 00:38:24     Capital Accounts,
                Attn:  Bankruptcy Dept,   Po Box 140065,   Nashville, TN 37214-0065
518161957      +E-mail/Text: bankruptcy@usecapital.com Sep 14 2019 00:38:24     Capital Accounts,
                PO Box 140065,   Nashville, TN 37214-0065
518161958       E-mail/Text: clientrep@capitalcollects.com Sep 14 2019 00:38:16     Capital Collection Service,
                PO Box 150,   West Berlin, NJ 08091
518221564       EDI: BL-BECKET.COM Sep 14 2019 04:08:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
518161960      +E-mail/Text: bankruptcy@certifiedcollection.com Sep 14 2019 00:36:57
                Certified Credit & Collection Bureau,   PO Box 336,   Raritan, NJ 08869-0336
518161961      +EDI: CHASE.COM Sep 14 2019 04:08:00     Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
                Wilmington, DE 19850-5298
518161965       E-mail/Text: bankruptcydept@wyn.com Sep 14 2019 00:37:41     Club Wyndham Plus,   PO Box 98940,
                Las Vegas, NV 89193-8940
518161966       EDI: COMCASTCBLCENT Sep 14 2019 04:08:00     Comcast,   PO Box 70219,
                Philadelphia, PA 19176-0219
518161969       EDI: DISCOVER.COM Sep 14 2019 04:08:00     Discover Financial,   Attn: Bankruptcy Department,
                Po Box 15316,   Wilmington, DE 19850
518172872       EDI: DISCOVER.COM Sep 14 2019 04:08:00     Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
518161970      +E-mail/Text: bknotice@ercbpo.com Sep 14 2019 00:37:18      ERC,   PO Box 57610,
                Jacksonville, FL 32241-7610
518161975       E-mail/Text: bankruptcy@frost-arnett.com Sep 14 2019 00:35:18     Frost-Arnett,   PO Box 198988,
                Nashville, TN 37219-8988
518161978       E-mail/Text: LYORK@HHSNJ.ORG Sep 14 2019 00:35:14     Hunterdon Center for Surgery, LLC,
                9100 Wescott Drive,   Suite 201,   Flemington, NJ 08822-4677
518161984      +E-mail/Text: kristina.gutjahr@hunterdonradiology.com Sep 14 2019 00:38:04
                Hunterdon Radiology/Imaging Associates,   PO Box 5388,   Clinton, NJ 08809-0388
518161991      +E-mail/Text: bncnotices@becket-lee.com Sep 14 2019 00:36:28     Kohls/Capital One,
                Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
518297720       EDI: PRA.COM Sep 14 2019 04:08:00     Portfolio Recovery Associates, LLC,   c/o Sears,
                POB 41067,   Norfolk VA 23541
518297719       EDI: PRA.COM Sep 14 2019 04:08:00     Portfolio Recovery Associates, LLC,   c/o Toysrus,
                POB 41067,   Norfolk VA 23541
518162013       E-mail/Text: bankruptcy@pracollect.com Sep 14 2019 00:37:38
                Peter Roberts & Associates, Inc.,   231 East Main Street,   Suite 201,
                Milford, MA 01757-2821
518162015      +E-mail/Text: aduffy@pikepa.org Sep 14 2019 00:37:47     Pike County Tax Claim Bureau,
                Administration Building,   506 Broad Street,   Milford, PA 18337-1539
518162017      +EDI: PRA.COM Sep 14 2019 04:08:00     Portfolio Recovery,   Po Box 41021,
                Norfolk, VA 23541-1021
518189213      +E-mail/Text: bncmail@w-legal.com Sep 14 2019 00:37:23     SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
518162023      +E-mail/Text: bankruptcy@savit.com Sep 14 2019 00:38:08     SaVit Collection Agency,
                Attn: Bankruptcy,   Po Box 250,   East Brunswick, NJ 08816-0250
518162024       E-mail/Text: bankruptcy@savit.com Sep 14 2019 00:38:08     Savit Collection Agency,
                PO Box 250,   East Brunswick, NJ 08816-0250
518162026      +E-mail/Text: clientservices@simonsagency.com Sep 14 2019 00:37:58     Simon's Agency, Inc.,
                Attn: Bankruptcy,   Po Box 5026,   Syracuse, NY 13220-5026
518163707      +EDI: RMSC.COM Sep 14 2019 04:08:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021

```
District/off: 0312-3           User: admin              Page 3 of 3              Date Rcvd: Sep 13, 2019
                               Form ID: 148             Total Noticed: 102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518192545      EDI: USBANKARS.COM Sep 14 2019 04:08:00     U.S. Bank National Association,
               Bankruptcy Department,   PO Box 108,   St. Louis MO 63166-0108
518162032      EDI: USBANKARS.COM Sep 14 2019 04:08:00     US Bank/RMS CC,   Attn: Bankruptcy,   Po Box 5229,
               Cincinnati, OH 45201
518162033     +E-mail/Text: bankruptcydept@wyn.com Sep 14 2019 00:37:41     Wyndham Vacation Resotrs,
               PO Box 150,   Scottsdale, AZ 85252-0106
518162034      EDI: COMCASTCBLCENT Sep 14 2019 04:08:00    Xfinity,   PO Box 211008,
               Saint Paul, MN 55121-2408
                                                                                           TOTAL: 38


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Nadine Maleski, LLC,   169 Main Street,   Flemington, NJ 08822-1607
518161947*    +AR Resources, Inc.,   PO Box 1056,   Blue Bell, PA 19422-0287
518161962*    +Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
518161963*    +Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
518161976*   ++FROST ARNETT,   BANKRUPTCY DEPARTMENT,   PO BOX 198988,   NASHVILLE TN 37219-8988
              (address filed with court: Frost-Arnett,   PO Box 198988,   Nashville, TN 37219-8988)
518161986*    +Kenneth Rapach,   11 Meadow Road,   East Brunswick, NJ 08816-4332
518161987*    +Kenneth Rapach,   11 Meadow Road,   East Brunswick, NJ 08816-4332
518161988*    +Kenneth Rapach,   11 Meadow Road,   East Brunswick, NJ 08816-4332
518161989*    +Kenneth Rapach,   11 Meadow Road,   East Brunswick, NJ 08816-4332
518161990*    +Kenneth Rapach,   11 Meadow Road,   East Brunswick, NJ 08816-4332
518162008*     Nationwide Credit, Inc.,   PO Box 14581,   Des Moines, IA 50306-3581
518162009*     Nationwide Credit, Inc.,   PO Box 14581,   Des Moines, IA 50306-3581
518162018*    +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
518162028    ##+Somerset Pediatric Group,   3322 Route 22 West,   Building 10, Suite 1002,
               Somerville, NJ 08876-4403
                                                                           TOTALS: 0, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
```
        Albert Russo   docs@russotrustee.com
        Allen I Gorski    on behalf of Creditor    Nadine Maleski, LLC agorski@gorskiknowlton.com
        Anthony Sodono, III   on behalf of Plaintiff   Martin & Tune, LLC asodono@msbnj.com
        Anthony Sodono, III   on behalf of Creditor   Martin & Tune, LLC asodono@msbnj.com
        Anthony Sodono, III   on behalf of Creditor   Friedman, LLP asodono@msbnj.com
        Anthony Sodono, III   on behalf of Plaintiff   Friedman, LLP asodono@msbnj.com
        Kevin Gordon McDonald   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
         kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Natalee Picillo   on behalf of Attorney Natalee  Picillo & Picillo, PC picillopicillo@aol.com
        Sari Blair Placona   on behalf of Creditor   Martin & Tune, LLC splacona@msbnj.com
        Sari Blair Placona   on behalf of Plaintiff   Friedman, LLP splacona@msbnj.com
        Sari Blair Placona   on behalf of Plaintiff   Martin & Tune, LLC splacona@msbnj.com
        Steve F. Dunbar   on behalf of Debtor Andrea E. Rapach dunbarlaw@enter.net,
         r40333@notify.bestcase.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 13
```