| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br><br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on September 13, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>Andrea E. Rapach<br><br><br><br><br>                                            Debtor(s) | Case No.: 19-16816 / MBK<br><br>Chapter: 13<br><br>Hearing Date: September 11, 2019<br><br>Judge:  Michael B. Kaplan |

## CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: September 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a feasible plan, income and/or budget statement
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Andrea E. Rapach  
      Debtor

Case No. 19-16816-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 13, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2019.  
db          +Andrea E. Rapach,   282 Rocky Run Road,   Glen Gardner, NJ 08826-3269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2019 at the address(es) listed below:

          Albert  Russo    docs@russotrustee.com  
          Allen I Gorski    on behalf of Creditor    Nadine Maleski, LLC agorski@gorskiknowlton.com  
          Anthony  Sodono, III    on behalf of Plaintiff    Martin & Tune, LLC asodono@msbnj.com  
          Anthony  Sodono, III    on behalf of Creditor    Martin & Tune, LLC asodono@msbnj.com  
          Anthony  Sodono, III    on behalf of Creditor    Friedman, LLP asodono@msbnj.com  
          Anthony  Sodono, III    on behalf of Plaintiff    Friedman, LLP asodono@msbnj.com  
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Natalee  Picillo    on behalf of Attorney Natalee  Picillo & Picillo, PC picillopicillo@aol.com  
          Sari Blair Placona    on behalf of Creditor    Martin & Tune, LLC splacona@msbnj.com  
          Sari Blair Placona    on behalf of Plaintiff    Friedman, LLP splacona@msbnj.com  
          Sari Blair Placona    on behalf of Plaintiff    Martin & Tune, LLC splacona@msbnj.com  
          Steve F. Dunbar    on behalf of Debtor Andrea E. Rapach dunbarlaw@enter.net, r40333@notify.bestcase.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                 TOTAL: 13